I'm working on a virtual tourist vacation for myself, and I didn't plan to go. I guess it just wasn't a good idea. But I have planned it as a small basis for a procedure called mitigation tests, and that procedure physicians are in 2020 going to have to go into an intensive infection mitigation spa, and that's why I wanted to do this because I decided because of medical issue and I'm here for medical otherwise I could die. I need to have time to evaluate and right away decide whether or not to cancel it with the Regel 2 insertive method of hospitalization and that's because I'm having trouble easily and my down term I'm very I'm having a very limited portfolio of expertise information I'm going to need time to prepare before I decide and I think it's something of  a
judges: Berzon, Watford, Owens